**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**



| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Docket No.: 3:02cr100LS-001 |
| ) | |
| **Jonathan L. Williams** ) | |

### ORDER OF DISMISSAL AND RELEASE FROM SUPERVISION

The Court, after reviewing information from the United States Probation Office, orders the Petition for Summons, filed January 22, 2008, for a Supervision Revocation Hearing, be dismissed.   The Court makes this finding based on information received from the United States Probation Office, advising the Court that the defendant has made consistent, good faith payments toward his Court Ordered fine.  The defendant is Ordered released from Supervised Release, and the defendant is advised, that after his expiration from Supervised Release, the fine will be collected by the U.S. Attorney's Financial Litigation Unit in accordance with the provisions of 18 U.S.C. 3613(a).

SO ORDERED THIS THE 25th day of April, 2008.

TOM S. LEE
SENIOR U.S. DISTRICT JUDGE